IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 JUN -8  P 2: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL ACTION NO. |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | : | 2:05CV543-F |
| DEFENDANT. | : | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, in a civil cause of forfeiture in rem respectfully alleges as follows:

### NATURE OF THE ACTION

1.  This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Seventy-Nine Thousand Four Hundred Ninety-One Dollars ($79,491.00) in United States currency which was seized on March 9, 2005, for violations of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.

### JURISDICTION AND VENUE

2.  The United States brings this action in rem in its own rights to forfeit and condemn the Defendant currency under Title 21, United States Code, Section 881(a)(6). This Court has

jurisdiction over this matter by virtue of Title 28, United States Code, Section 1345 and Section 1355.

3. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355 and Title 21, United States Code, Section 881(j), because the acts and omissions giving rise to the forfeiture occurred in this district and the property is located within the Middle District of Alabama.

## THE DEFENDANT IN REM

4. The Defendant consists of Seventy-Nine Thousand Four Hundred Ninety-One Dollars ($79,491.00) in United States currency (hereinafter, "Defendant currency") which was seized on March 9, 2005.

## FACTS

5. The facts and circumstances supporting the seizure of the Defendant currency are as follows:

   a. In March 2005 Keith Williams (Williams) was arrested for Possession of Cocaine and was in possession of approximately One Hundred Thirty Thousand Dollars ($130,000). Williams informed law enforcement officers that Sixty-Thousand Dollars ($60,000) of the money came from Tony Leflore (Leflore). A Confidential Source had also informed law enforcement officers that Tony Leflore stored large sums of money and illegal drugs at his residence.

   b. On March 9, 2005 a search warrant was executed on Leflore's residence. During the search the Defendant currency was

seized from an air duct within the residence. A canine (trained to detect the presence of illegal drugs) alerted on the Defendant currency. An alert means the canine has detected the presence of illegal drugs. A Ford Expedition was also seized during the search.

    c.    Ruby Leflore, wife of Leflore, was present during the search and signed a statement that she had no idea the money was in the house.

    d.    According to records from Industrial Relations, Leflore's last reported income was in the first quarter of 2004.

## CLAIM FOR RELIEF

6.    The United States repeats and realleges each and every allegation set forth in Paragraphs 1 through 5.d. above.

7.    The Defendant currency constitutes monies furnished, or intended to be furnished, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate violations of Title 21, United States Code, Sections 801 *et seq.*

8.    As a result of the foregoing, the Defendant currency is liable to condemnation and to forfeiture to the United States of America for its use, in accordance with Title 21, United States Code, Section 881(a)(6).

WHEREFORE, the United States of America requests that the Court issue a Warrant and Summons for the arrest and seizure of the

3

Defendant currency; that notice of this action be given to all persons known or thought to have an interest in or right against the currency; that the Defendant currency be forfeited and condemned to the United States of America; that the United States of America be awarded its costs and disbursements in this action; and, for such other and further relief as this Court deems proper and just.

    Respectfully submitted this 8th day of June, 2005.

                  FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY

_/s/ John T. Harmon_
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J
Assistant United States Attorney