IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA        )
COUNTY OF MONTGOMERY )

VERIFICATION

I, Scott Edwards, hereby verify and declare under penalty of
perjury that I am a Task Force Officer with the United States Drug
Enforcement Administration, that I have read the foregoing Verified
Complaint and know the contents thereof, and that the matters
contained in the Complaint are true to my own knowledge, except
that those matters herein stated to be alleged on information and
belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of
my belief are the official files and records of the United States,
information supplied to me by other law enforcement officers, as
well as my investigation of this case, together with others.

I hereby verify and declare under penalty of perjury that the
foregoing is true and correct on this 7th day of June, 2005.

_____
Scott Edwards-Task Force Agent
Drug Enforcement Administration

Sworn to and subscribed before me this the 7TH day of
June, 2005.

_____
Notary Public
Commission Expires: 10·5·05

5