RECEIVED

2005 SEP 20 P 1: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| Plaintiff | } |
| Vs. | } CIVIL ACTION NO. 2:05cv543-F |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY | } |
| Defendant. | } |

### VERIFIED CLAIM OF INTEREST

COMES NOW, Tony Leflore and Ruby Leflore, as Claimants of the $79,491.00, which is the defendant in this proceeding, by and through counsel, and claims as follows:

1. My name is Tony Leflore and I currently reside at 623 Plantation Way, Montgomery, Alabama 36117.

2. My name is Ruby Leflore and I currently reside at 623 Plantation Way, Montgomery, Alabama 36117.

3. Our attorney, Valerie Murry Smedley, with our authority, has accepted service of the Verified Complaint for Forfeiture in Rem wherein the United States Government seeks to forfeit $79,491.00 in U.S. Currency.

4. We claim a legal and equitable ownership interest to the aforementioned property which is the subject of the above-referenced Verified Complaint for Forfeiture in rem.

5. We claim ownership interest in the aforementioned United States currency and property by virtue of the fact that said funds and property were accumulated by us in the form of employment earnings, savings, casino gambling (see attached), operation of a night club and other lawfully obtained funds. None of the aforementioned funds and/or property were "furnished, or intended to be furnished, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate violations of Title 21, United States Code, Sections 801 et seq." as alleged in the aforementioned Verified Complaint for Forfeiture in Rem. We have no knowledge of any debt to Keith Williams.

6. The aforementioned U.S. Currency and property, at the time the same was seized by law enforcement agents, was set aside by us for the continued operation of the night club and the building of a new home.

7. We adopt and incorporate the content of our Affidavit and Claim of Ownership attached hereto.

Respectfully submitted this ___20th___ day of ___Sept___, 2005.

/s/ Valerie M. Smedley
**/VALERIE MURRY SMEDLEY/**
**Attorney for the Defendants**

**ADDRESS OF COUNSEL:**

**459 S. McDonough Street**
**Montgomery, AL  36104**
**(334) 230-9596**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Verified Claim of Interest upon the **Hon. John T. Harmon, Assistant U.S. Attorney, One Court Square, Suite 201, Montgomery, AL 36104** by hand delivering a copy of same on this the _20th_ day of _September_, 2005.

_____
VALERIE MURRY SMEDLEY
Attorney for the Defendants