STATE OF ALABAMA           }

MONTGOMERY COUNTY    }

### AFFIDAVIT AND CLAIM OF OWNERSHIP

"My name is Tony Leflore. I currently reside at 623 Plantation Way, Montgomery, Alabama.

I worked for Rheem Manufacturing Company for approximately five (5) years. During this time, I made weekly savings to Comala Credit Union. In January, 2004 I terminated employment to seek employment with Hyundai.

I currently operate a night club, to-wit: The Gentlemen's Club in Montgomery, Alabama and have done so for the past two (2) years. I have income of approximately Three Thousand Five Hundred Dollars ($3,500.00) per week.

Also, I travel to the State of Mississippi and participate in casino gambling. On January 2, 2004, I won Twenty Thousand Dollars ($20,000) at the Grand Casino, Biloxi, MI. Documentation of other casino earnings are attached hereto.

I have never been involved in any drug related activities. I met Keith Williams approximately one (1) year ago to discuss concert promotions at my club through Po Boy Productions. Mr. Williams did not follow through on his end of the agreement and left off owing me over Ten Thousand Dollars ($10,000.00). Since that time, I have not had any further involvement with Keith Williams or Po Boy Productions."

Further affiant saith not.

_____
TONY LEFLORE

SWORN TO and SUBSCRIBED before me on this the 16th day of September, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 6-22-09