STATE OF ALABAMA            }

MONTGOMERY COUNTY      }


### AFFIDAVIT AND CLAIM OF OWNERSHIP

"My name is Ruby Leflore. I currently reside at 623 Plantation Way, Montgomery, Alabama.

I am currently employed with Winn-Dixie Dairy in Montgomery, Alabama and have been so employed for the past fifteen (15) years. Further, I have been involved in rental property and have accumulated income from these properties.

At the time the search warrant was executed on March 9, 2005, I was present in my residence. During the search, the officers initially entered our residence without any drug canines. After the currency was found, the officers placed the money in the presence of the canine. The canine did not alert on the money or any other items in our residence. I have never been involved in any drug related activities. I have no knowledge of and has had no involvement with Keith Williams.

Further affiant saith not.

_____
RUBY LEFLORE

SWORN TO and SUBSCRIBED before me on this the ___16___ day of ___Sept.___, 2005.

_____
NOTARY PUBLIC
My Commission Expires: __1-22-06__