IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv739-F |
| | : | |
| SEVENTY-SIX THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($76,775) IN UNITED STATES CURRENCY; | : | |
| | : | |
| EIGHTEEN THOUSAND EIGHT HUNDRED SIXTY DOLLARS ($18,860) IN UNITED STATES CURRENCY; | : | |
| | : | |
| ONE HUNDRED THIRTY THOUSAND SEVEN HUNDRED FORTY-FIVE DOLLARS ($130,745) IN UNITED STATES CURRENCY; | : | |
| | : | |
| ONE THOUSAND ONE HUNDRED FIVE DOLLARS ($1,105) IN UNITED STATES CURRENCY; | : | |
| | : | |
| FIVE PIECES OF ASSORTED WHITE GOLD AND DIAMOND JEWELRY; | : | |
| | : | |
| 2003 KAWASAKI ZX636-B1 NINJA MOTORCYCLE, VIN: JKBZXJB103A005489, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : | |
| | : | |
| SEVENTY-SIX THOUSAND SEVENTY AND 68/100 DOLLARS ($76,070.68) IN UNITED STATES CURRENCY SEIZED FROM COMALA CREDIT UNION ACCOUNT NUMBER 26428-1; | : | |
| | : | |
| TWO THOUSAND SIXTY-SIX DOLLARS ($2,066.00) IN UNITED STATES CURRENCY SEIZED FROM COMALA CREDIT UNION ACCOUNT NUMBER 26428-2; | : | |

```
Case 2:05-cv-00543-MEF-DRB    Document 9    Filed 09/27/2005    Page 2 of 4
```

SIXTY THOUSAND FOUR HUNDRED         :
NINETY-TWO AND 86/100 DOLLARS       :
($60,492.86) IN UNITED STATES       :
CURRENCY SEIZED FROM FIRST          :
TUSKEGEE BANK ACCOUNT NUMBER        :
02-28012805;                        :
                                    :
ONE HUNDRED TWENTY-NINE             :
THOUSAND EIGHTEEN AND 58/100        :
DOLLARS, ($129,018.58) IN           :
UNITED STATES CURRENCY FROM         :
CASHIER'S CHECK SEIZED AT           :
COMALA CREDIT UNION;                :
                                    :
TWENTY-EIGHT THOUSAND ONE           :
HUNDRED SEVENTY AND 53/100          :
DOLLARS, ($28,170.53) IN            :
UNITED STATES CURRENCY SEIZED       :
AT COLONIAL BANK;                   :
                                    :
ONE 2000 FORD EXPEDITION,           :
VIN: 1FMPU16L1YLA39311, WITH        :
ALL APPURTENANCES AND               :
ATTACHMENTS THEREON; AND,           :
                                    :
ONE 1999 MERCEDES BENZ,             :
VIN: WDBJF65H3XA916016, WITH        :
ALL APPURTENANCES AND               :
ATTACHMENTS THEREON,                :
                                    :
          DEFENDANTS.               :

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,           :
                                    :
          PLAINTIFF,                :
                                    :
     v.                             :    CIVIL ACTION NO. 2:05cv543-F
                                    :
SEVENTY-NINE THOUSAND FOUR          :
HUNDRED NINETY-ONE DOLLARS          :
($79,491.00) IN UNITED STATES       :
CURRENCY,                           :
          DEFENDANT.                :

<u>MOTION TO CONSOLIDATE</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1. The above styled cases stem from the same set of operative facts. The issues of law are also very similar in each case. Judicial economy and the costs of two trials to the litigants support consolidation.

2. On the grounds cited, the United States moves the Court to consolidate these cases.

Respectfully submitted this the 27th day of September, 2005.

                        FOR THE UNITED STATES ATTORNEY
                             LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed the foregoing Motion to Consolidate with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Valerie Murry Smedley** and **Bruce Maddox.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J