IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv543-F |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------- | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv739-F |
| | ) | |
| SEVENTY-SIX THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($76,775.00) IN UNITED STATES CURRENCY, *et al.*, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of government's Motion to Consolidate Cases (Doc. #7) filed on May 14, 2004, it is hereby

ORDERED that the motion is GRANTED. The above-referenced cases are consolidated for further proceedings, Case No. 2:05-cv-543-F shall be the lead case, and the Clerk of Court is directed to docket this order in the above-referenced cases.

It is further ORDERED that all pleadings, motion, and other documents filed in these

cases shall bear the caption used on this Order.

    DONE this 30th day of September, 2005.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE