```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )
v.                           )   CASE NO. 2:05cv543-F
                             )
SEVENTY-NINE THOUSAND FOUR   )
HUNDRED NINETY-ONE DOLLARS   )
($79,491.00) IN UNITED STATES)
CURRENCY,                    )
                             )
     Defendant.              )

------------------------------

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )
v.                           )   CASE NO. 2:05cv739-F
                             )
SEVENTY-SIX THOUSAND SEVEN   )
HUNDRED SEVENTY-FIVE DOLLARS )
($76,775) IN UNITED STATES   )
CURRENCY, et al.,            )
                             )
     Defendants.             )
```

### REPORT OF RULE 26(f) PLANNING MEETING

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1.   Pursuant to Fed.R.Civ.P.26(f), a meeting was held by telephone between John T. Harmon (for the United States), Valerie Murry Smedley (for Claimants Tony and Ruby Leflore), and Bruce Maddox (for Claimant Keith Williams).

    2.    <u>Pre-Discovery Disclosures</u>.  The parties will exchange by November 8, 2005, the information required by Fed.R.Civ.P.26(a)(1).

    3.    <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

a) Circumstances surrounding the alleged use and involvement of the Defendant property in violations of Title 21, United States Code, Sections 841 <u>et seq</u>.;

b) The claims and defenses raised by the parties in their pleadings;

c) All discovery commenced in time to be completed by January 26, 2006;

d) Maximum of 35 interrogatories by each party to any other party;

e) Maximum of 30 requests for production by each party to any other party;

f) Maximum of 15 requests for admissions by each party to any other party;

g) Maximum of six depositions for each party;

h) Each deposition is limited to maximum of seven hours, unless extended by agreement of the parties;

i) Reports from retained experts under Rule 26(a)(2) are due:

From Plaintiff by December 23, 2005;

From Claimant by January 23, 2006.

j) Supplementation under Rule 26(e) is due within 21 days of discovery and no later than January 26, 2006.

    4.    <u>Other Items</u>.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference on June 19, 2006.

The parties should be allowed until October 28, 2005, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by March 10, 2006.

Settlement cannot be evaluated prior to receipt of discovery and/or filing of dispositive motions and responses thereto.

Final lists of witnesses under Rule 26(a)(3) shall be due from the parties on May 26, 2006. Final lists of exhibits under Rule 26(a)(3) shall be due June 16, 2006.

Parties shall have until seven days before trial, or July 24, 2006, to file objections to the witnesses or exhibits under Rule 26(a)(3).

The case should be ready for trial by July 31, 2006, and at this time is expected to take approximately 2 days to try.

Respectfully submitted this 11th day of October, 2005.

```
                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY



                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the foregoing Report of Rule 26(f) Planning Meeting with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Valerie Murry Smedley** and **Bruce Maddox**.

```
                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov
                              Bar Number: 7068-II58J
```