```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION


UNITED STATES OF AMERICA,        :
                                 :
            PLAINTIFF,            :
                                 :
       v.                        :   CIVIL ACTION NO. 2:05cv543-F
                                 :
SEVENTY-NINE THOUSAND FOUR       :
HUNDRED NINETY-ONE DOLLARS       :
($79,491.00) IN UNITED STATES    :
CURRENCY,                        :
            DEFENDANT.           :
                                 :
---------------------------------:
                                 :
UNITED STATES OF AMERICA,        :
                                 :
            PLAINTIFF,            :
                                 :
       v.                        :   CIVIL ACTION NO. 2:05cv739-F
                                 :
SEVENTY-SIX THOUSAND SEVEN       :
HUNDRED SEVENTY-FIVE DOLLARS     :
($76,775) IN UNITED STATES       :
CURRENCY;                        :
                                 :
EIGHTEEN THOUSAND EIGHT          :
HUNDRED SIXTY DOLLARS            :
($18,860) IN UNITED STATES       :
CURRENCY;                        :
                                 :
ONE HUNDRED THIRTY THOUSAND      :
SEVEN HUNDRED FORTY-FIVE         :
DOLLARS ($130,745) IN UNITED     :
STATES CURRENCY;                 :
                                 :
ONE THOUSAND ONE HUNDRED FIVE    :
DOLLARS ($1,105) IN UNITED       :
STATES CURRENCY;                 :
                                 :
FIVE PIECES OF ASSORTED WHITE    :
GOLD AND DIAMOND JEWELRY;        :
```

| | |
|---|---|
| 2003 KAWASAKI ZX636-B1 NINJA MOTORCYCLE, VIN: JKBZXJB103A005489, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : : : : : : |
| SEVENTY-SIX THOUSAND SEVENTY AND 68/100 DOLLARS ($76,070.68) IN UNITED STATES CURRENCY SEIZED FROM COMALA CREDIT UNION ACCOUNT NUMBER 26428-1; | : : : : : : : |
| TWO THOUSAND SIXTY-SIX DOLLARS ($2,066.00) IN UNITED STATES CURRENCY SEIZED FROM COMALA CREDIT UNION ACCOUNT NUMBER 26428-2; | : : : : : : |
| SIXTY THOUSAND FOUR HUNDRED NINETY-TWO AND 86/100 DOLLARS ($60,492.86) IN UNITED STATES CURRENCY SEIZED FROM FIRST TUSKEGEE BANK ACCOUNT NUMBER 02-28012805; | : : : : : : : |
| ONE HUNDRED TWENTY-NINE THOUSAND EIGHTEEN AND 58/100 DOLLARS, ($129,018.58) IN UNITED STATES CURRENCY FROM CASHIER'S CHECK SEIZED AT COMALA CREDIT UNION; | : : : : : : : |
| TWENTY-EIGHT THOUSAND ONE HUNDRED SEVENTY AND 53/100 DOLLARS, ($28,170.53) IN UNITED STATES CURRENCY SEIZED AT COLONIAL BANK; | : : : : : : |
| ONE 2000 FORD EXPEDITION, VIN: 1FMPU16L1YLA39311, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; AND, | : : : : : |

```
ONE 1999 MERCEDES BENZ,         :
VIN: WDBJF65H3XA916016, WITH    :
ALL APPURTENANCES AND           :
ATTACHMENTS THEREON,            :
                                :
            DEFENDANTS.         :
```

<u>MOTION FOR DECREE OF FORFEITURE ON DEFENDANT
SIXTY THOUSAND FOUR HUNDRED NINETY-TWO
AND 86/100 DOLLARS ($60,492.86) SEIZED FROM
FIRST TUSKEGEE BANK ACCOUNT NUMBER 02-28012805 AND
DEFENDANT ONE THOUSAND ONE HUNDRED FIVE DOLLARS
($1,105) IN UNITED STATES CURRENCY</u>

The United States respectfully submits its Motion, pursuant to the Federal Rules of Civil Procedure and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, for entry of a Decree of Forfeiture as to the Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 and the Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency and states as follows:

On August 5, 2005, the United States filed its Verified Complaint for Forfeiture <u>In Rem</u> against Defendants $60,492.86 and $1,105 in United States currency, alleging that Defendants were used or intended to be used in exchange for controlled substances, or that they represented proceeds of trafficking in controlled substances, or were used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 <u>et seq.</u> Defendants are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

On August 23, 2005, pursuant to a Warrant for Arrest <u>In</u> <u>Rem</u> issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested Defendants $60,492.86 and $1,105 in United States currency;

Notice of this action was published in the <u>Montgomery Advertiser</u> newspaper on August 31, September 7 and 14, 2005;

On September 7, 2005, Keith E. Williams was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, the Warrant and Summons for Arrest <u>In</u> <u>Rem</u>, and Notice of Arrest and Seizure;

On August 18, 2005, Ruby E. Leflore was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, the Warrant and Summons for Arrest <u>In</u> <u>Rem</u>, and Notice of Arrest and Seizure;

On August 18, 2005, Ruby E. Leflore accepted service on behalf of her husband, Tony J. Leflore, by the United States Marshals Service of a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, the Warrant and Summons for Arrest <u>In</u> <u>Rem</u>, and Notice of Arrest and Seizure;

On August 17, 2005, Nicole Harris, secretary for attorney Valerie Murray Smedley, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, the Warrant and Summons for Arrest <u>In</u> <u>Rem</u>, and Notice of Arrest and Seizure;

On August 17, 2005, Heather Friday, secretary for attorney Bruce Maddox, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, the Warrant and Summons for Arrest <u>In Rem</u>, and Notice of Arrest and Seizure;

On September 7, 2005, while attempting to serve Danielle Steele (48 Parkside, Tuscaloosa, Alabama), a United States Marshal spoke to Ms. Steele who informed him that she is now resides in Marietta, Georgia. On October 14, 2005 and two times on October 18, 2005, a United States Marshal attempted service on Ms. Steele, at the address she provided. Service was unsuccessful;

That Keith Eldridge Williams, Ruby Leflore and Tony Leflore filed claims within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims; however, Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 on or about March 16, 2005 and Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency seized on or about March 8, 2005, were not claimed by any claimant; and,

That no other claim or answer has been filed on behalf of any other party.

5

This Motion is supported by the previously filed Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, Claims of Keith Eldridge Williams, Ruby Leflore and Tony Leflore.

Respectfully submitted this 6th day of April, 2006.

          FOR THE UNITED STATES ATTORNEY
          LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2006, I electronically filed the foregoing Motion for a Decree of Forfeiture and Proposed Decree of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Valerie Murry Smedley** and **Bruce Maddox.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280