IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cv-543-MEF |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | ) ) ) ) ) | |
| Defendant. | ) | |
| _____ | ) ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cv-739-MEF |
| | ) | |
| SEVENTY-SIX THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($76,775) IN UNITED STATES CURRENCY, *et. al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

**<u>DECREE OF FORFEITURE AS TO DEFENDANT SIXTY THOUSAND FOUR HUNDRED NINETY-TWO AND 86/100 DOLLARS ($60,492.86) IN UNITED STATES CURRENCY AND DEFENDANT ONE THOUSAND ONE HUNDRED FIVE DOLLARS ($1,105) IN UNITED STATES CURRENCY</u>**

On August 5, 2005, a Verified Complaint for Forfeiture *In Rem* against Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 on or about March

16, 2005 and Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency seized on or about March 8, 2005, was filed on behalf of the United States of America. The Complaint alleges that the Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency and Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency were used or intended to be used in exchange for controlled substances, or represent proceeds of trafficking in controlled substances, or were used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 *et seq.*; therefore, the Defendants are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That on August 23, 2005, pursuant to a Warrant for Arrest *In Rem* issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 and the Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency;

That notice of this action was published in the *Montgomery Advertiser* newspaper on August 31, September 7 and 14, 2005;

That on August 17, 2005, Nicole Harris, secretary for attorney Valerie Murray Smedley, was personally served by the United States Marshals Service a copy of the Verified

Complaint for Forfeiture *In Rem*, the Warrant and Summons for Arrest <u>In</u> <u>Rem</u>, and Notice of Arrest and Seizure;

That on August 17, 2005, Heather Friday, secretary for attorney Bruce Maddox, was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture *In Rem*, the Warrant and Summons for Arrest *In Rem*, and Notice of Arrest and Seizure;

That on August 18, 2005, Ruby E. Leflore was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture *In Rem*, the Warrant and Summons for Arrest *In Rem*, and Notice of Arrest and Seizure;

That on August 18, 2005, Ruby E. Leflore accepted service on behalf of her husband, Tony J. Leflore, by the United States Marshals Service a copy of the Verified Complaint for Forfeiture *In Rem*, the Warrant and Summons for Arrest *In Rem*, and Notice of Arrest and Seizure;

That on September 7, 2005, Keith E. Williams was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture *In Rem*, the Warrant and Summons for Arrest *In Rem*, and Notice of Arrest and Seizure;

That on September 7, 2005, while attempting to serve Danielle Steele (48 Parkside, Tuscaloosa, Alabama), a United States Marshal spoke to Ms. Steele who informed him that she is now a resident of Marietta, Georgia. On October 14, 2005 and two times on October 18, 2005, a United States Marshal attempted service on Ms. Steele at the address she

provided. Service was unsuccessful;

That Keith Eldridge Williams, Ruby Leflore and Tony Leflore filed claims within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims; however, Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 and Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency were not claimed by any claimant; and,

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby:

ORDERED, ADJUDGED, AND DECREED that

(1) The Motion for Decree of Forfeiture on Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 and Defendant One Thousand One Hundred Five Dollars ($1,105) in United States Currency (Doc. # 13) is GRANTED.

(2) Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 and Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency be FORFEITED to the United States of America and no right, title or interest in either Defendant shall exist in any other party; and,

(3) Defendant Sixty Thousand Four Hundred Ninety-Two and 86/100 Dollars ($60,492.86) in United States currency seized from First Tuskegee Bank account number 02-28012805 and Defendant One Thousand One Hundred Five Dollars ($1,105) in United States currency shall be disposed of according to law.

DONE this 7th day of April, 2006.

/s/ Mark E. Fuller<br>
CHIEF UNITED STATES DISTRICT JUDGE