IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,               )
                                 )
v.                               )    CASE NO. 2:05cv543-F
                                 )
SEVENTY-NINE THOUSAND FOUR       )
HUNDRED NINETY-ONE DOLLARS       )
($79,491.00) IN UNITED STATES    )
CURRENCY,                        )
                                 )
    Defendant.               )

----------------------------

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,               )
                                 )
v.                               )    CASE NO. 2:05cv739-F
                                 )
SEVENTY-SIX THOUSAND SEVEN       )
HUNDRED SEVENTY-FIVE DOLLARS     )
($76,775) IN UNITED STATES       )
CURRENCY, *et al.*,              )
                                 )
    Defendants.              )

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

As to Claimants Tony and Ruby Leflore, the parties have discussed settlement but no resolution has been reached. Settlement discussions will continue. Mediation would not assist the parties in reaching settlement.

As to Claimant Keith Eldridge Williams, the parties have discussed settlement but no resolution has been reached. Settlement discussions will continue.  Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 12th day of April, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Valerie Murry Smedley** and **Bruce Maddox.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197