```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            PLAINTIFF,           )
                                 )
        v.                       )   CIVIL ACTION NO. 2:05cv543-F
                                 )
SEVENTY-NINE THOUSAND FOUR       )
HUNDRED NINETY-ONE DOLLARS       )
($79,491.00) IN UNITED STATES    )
CURRENCY,                        )
            DEFENDANT.           )
                                 )
---------------------------------)
                                 )
UNITED STATES OF AMERICA,        )
                                 )
            PLAINTIFF,           )
                                 )
        v.                       )   CIVIL ACTION NO. 2:05cv739-F
                                 )
SEVENTY-SIX THOUSAND SEVEN       )
HUNDRED SEVENTY-FIVE DOLLARS     )
($76,775) IN UNITED STATES       )
CURRENCY;                        )
                                 )
EIGHTEEN THOUSAND EIGHT          )
HUNDRED SIXTY DOLLARS            )
($18,860) IN UNITED STATES       )
CURRENCY;                        )
                                 )
ONE HUNDRED THIRTY THOUSAND      )
SEVEN HUNDRED FORTY-FIVE         )
DOLLARS ($130,745) IN UNITED     )
STATES CURRENCY;                 )
                                 )
FIVE PIECES OF ASSORTED WHITE    )
GOLD AND DIAMOND JEWELRY;        )
                                 )
2003 KAWASAKI ZX636-B1           )
NINJA MOTORCYCLE,                )
VIN: JKBZXJB103A005489,          )
WITH ALL APPURTENANCES AND       )
ATTACHMENTS THEREON;             )
```

| | |
|---|---|
| SEVENTY-SIX THOUSAND SEVENTY AND 68/100 DOLLARS ($76,070.68) IN UNITED STATES CURRENCY SEIZED FROM COMALA CREDIT UNION ACCOUNT NUMBER 26428-1; | ) ) ) ) ) ) |
| TWO THOUSAND SIXTY-SIX DOLLARS ($2,066.00) IN UNITED STATES CURRENCY SEIZED FROM COMALA CREDIT UNION ACCOUNT NUMBER 26428-2; | ) ) ) ) ) ) |
| ONE HUNDRED TWENTY-NINE THOUSAND EIGHTEEN AND 58/100 DOLLARS ($129,018.58) IN UNITED STATES CURRENCY FROM CASHIER'S CHECK SEIZED AT COMALA CREDIT UNION; | ) ) ) ) ) ) ) |
| TWENTY-EIGHT THOUSAND ONE HUNDRED SEVENTY AND 53/100 DOLLARS ($28,170.53) IN UNITED STATES CURRENCY SEIZED AT COLONIAL BANK; | ) ) ) ) ) ) |
| ONE 2000 FORD EXPEDITION, VIN: 1FMPU16L1YLA39311, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; AND, | ) ) ) ) ) |
| ONE 1999 MERCEDES BENZ, VIN: WDBJF65H3XA916016, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | ) ) ) ) ) |
| DEFENDANTS. | ) |

<u>MOTION TO DISMISS DEFENDANTS</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1. The United States moves the Court to dismiss certain defendant property from the above-styled action as follows:

> Seventy-Six Thousand Seven Hundred Seventy-Five Dollars ($76,775) in United States currency seized on or about February 4, 2005;
>
> Eighteen Thousand Eight Hundred Sixty Dollars ($18,860) in United States currency seized on or about February 4, 2005;
>
> One Hundred Thirty Thousand Seven Hundred Forty-Five Dollars ($130,745) in United States currency seized on or about March 8, 2005;
>
> Five Pieces of Assorted White Gold and Diamond Jewelry seized on or about March 8, 2005;
>
> 2003 Kawasaki ZX636-B1 Ninja Motorcycle, VIN: JKBZXJB103A005489, with all appurtenances and attachments thereon seized on or about March 14, 2005;
>
> Seventy-Six Thousand Seventy and 68/100 Dollars ($76,070.68) in United States currency seized from Comala Credit Union account number 26428-1 on or about March 16, 2005; and,
>
> Two Thousand Sixty-Six Dollars ($2,066.00) in United States currency seized from Comala Credit Union account number 26428-2 on or about March 16, 2005.

2. On April 10, 2006, the defendant property listed was added to the criminal forfeiture allegation in case no. 2:05cr68-C, styled <u>United States v. Keith Eldridge Williams</u>. The Defendant Property was forfeited at Mr. Williams' sentencing on May 30, 2006.

3. On May 30, 2006, a Preliminary Order of Forfeiture was issued and includes the defendants. Civil prosecution against defendants is no longer necessary as these defendants will be disposed of as part of criminal case no. 2:05cr678-C.

4. A proposed Order is attached.

Respectfully submitted this 6th day of June, 2006.

> FOR THE UNITED STATES ATTORNEY
> LEURA G. CANARY
>
> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560
> E-mail: John.Harmon@usdoj.gov
> Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Valerie Murry Smedley** and **Bruce Maddox**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J