```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF ALABAMA
                          NORTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            PLAINTIFF,           )
                                )
        v.                       )   CIVIL ACTION NO. 2:05cv543-F
                                )
SEVENTY-NINE THOUSAND FOUR      )
HUNDRED NINETY-ONE DOLLARS      )
($79,491.00) IN UNITED STATES   )
CURRENCY,                       )
            DEFENDANT.           )
                                )
--------------------------------)
                                )
UNITED STATES OF AMERICA,       )
                                )
            PLAINTIFF,           )
                                )
        v.                       )   CIVIL ACTION NO. 2:05cv739-F
                                )
SEVENTY-SIX THOUSAND SEVEN      )
HUNDRED SEVENTY-FIVE DOLLARS    )
($76,775) IN UNITED STATES      )
CURRENCY;                       )
                                )
EIGHTEEN THOUSAND EIGHT         )
HUNDRED SIXTY DOLLARS           )
($18,860) IN UNITED STATES      )
CURRENCY;                       )
                                )
ONE HUNDRED THIRTY THOUSAND     )
SEVEN HUNDRED FORTY-FIVE        )
DOLLARS ($130,745) IN UNITED    )
STATES CURRENCY;                )
                                )
FIVE PIECES OF ASSORTED WHITE   )
GOLD AND DIAMOND JEWELRY;       )
                                )
2003 KAWASAKI ZX636-B1          )
NINJA MOTORCYCLE,               )
VIN: JKBZXJB103A005489,         )
WITH ALL APPURTENANCES AND      )
ATTACHMENTS THEREON;            )
```

```
SEVENTY-SIX THOUSAND SEVENTY    )
AND 68/100 DOLLARS              )
($76,070.68) IN UNITED STATES   )
CURRENCY SEIZED FROM COMALA     )
CREDIT UNION ACCOUNT NUMBER     )
26428-1;                        )
                                )
TWO THOUSAND SIXTY-SIX DOLLARS  )
($2,066.00) IN UNITED STATES    )
CURRENCY SEIZED FROM COMALA     )
CREDIT UNION ACCOUNT NUMBER     )
26428-2;                        )
                                )
ONE HUNDRED TWENTY-NINE         )
THOUSAND EIGHTEEN AND 58/100    )
DOLLARS ($129,018.58) IN        )
UNITED STATES CURRENCY FROM     )
CASHIER'S CHECK SEIZED AT       )
COMALA CREDIT UNION;            )
                                )
TWENTY-EIGHT THOUSAND ONE       )
HUNDRED SEVENTY AND 53/100      )
DOLLARS ($28,170.53) IN         )
UNITED STATES CURRENCY SEIZED   )
AT COLONIAL BANK;               )
                                )
ONE 2000 FORD EXPEDITION,       )
VIN: 1FMPU16L1YLA39311, WITH    )
ALL APPURTENANCES AND           )
ATTACHMENTS THEREON; AND,       )
                                )
ONE 1999 MERCEDES BENZ,         )
VIN: WDBJF65H3XA916016, WITH    )
ALL APPURTENANCES AND           )
ATTACHMENTS THEREON,            )
                                )
            DEFENDANTS.         )
```

## O R D E R

On June 5, 2006, the United States filed a Motion to Dismiss certain defendant property from this action. Upon consideration of the matters contained in the Motion, and for good cause shown, it is hereby:

ORDERED that the Motion be, and the same is hereby, GRANTED thereby dismissing the following defendant property from this action:

>Seventy-Six Thousand Seven Hundred Seventy-Five Dollars ($76,775) in United States currency seized on or about February 4, 2005;

>Eighteen Thousand Eight Hundred Sixty Dollars ($18,860) in United States currency seized on or about February 4, 2005;

>One Hundred Thirty Thousand Seven Hundred Forty-Five Dollars ($130,745) in United States currency seized on or about March 8, 2005;

>Five Pieces of Assorted White Gold and Diamond Jewelry seized on or about March 8, 2005;

>2003 Kawasaki ZX636-B1 Ninja Motorcycle, VIN: JKBZXJB103A005489, with all appurtenances and attachments thereon seized on or about March 14, 2005;

>Seventy-Six Thousand Seventy and 68/100 Dollars ($76,070.68) in United States currency seized from Comala Credit Union account number 26428-1 on or about March 16, 2005; and,

>Two Thousand Sixty-Six Dollars ($2,066.00) in United States currency seized from Comala Credit Union account number 26428-2 on or about March 16, 2005.

DONE this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE