IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv543-MEF |
| SEVENTY-NINE THOUSAND FOUR | ) | |
| HUNDRED NINETY-ONE DOLLARS | ) | |
| ($79,491.00) IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

---------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv739-MEF |
| SEVENTY-SIX THOUSAND SEVEN | ) | |
| HUNDRED SEVENTY-FIVE DOLLARS | ) | |
| ($76,775.00) IN UNITED STATES | ) | |
| CURRENCY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss (Doc. #17) filed on June 6, 2006, it is hereby

ORDERED that the claimants show cause in writing on or before June 16, 2006 as to why the motion should not be granted.

DONE this the 7th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE