IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cv-543-MEF |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR | ) | |
| HUNDRED NINETY-ONE DOLLARS | ) | |
| ($79,491.00) IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| Defendant. | ) | |
| | ) | |
| ------------------------------------------------) | | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cv-739-MEF |
| | ) | |
| SEVENTY-SIX THOUSAND SEVEN | ) | |
| HUNDRED SEVENTY-FIVE | ) | |
| DOLLARS ($76,775) IN UNITED | ) | |
| STATES CURRENCY, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On June 5, 2006, the United States filed a Motion to Dismiss Defendants (Doc. # 17),

requesting that certain Defendant property be dismissed from this action because the property

had already been criminally forfeited pursuant to the sentencing of Keith Eldridge Williams

(Case No. 2:05-cr-68-LSC).  Upon consideration, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED.  The following Defendant property is dismissed from this action:

> Seventy-Six Thousand Seven Hundred Seventy-Five Dollars ($76,775) in United States currency seized on or about February 4, 2005;

> Eighteen Thousand Eight Hundred Sixty Dollars ($18,860) in United States currency seized on or about February 4, 2005;

> One Hundred Thirty Thousand Seven Hundred Forty-Five Dollars ($130,745) in United States currency seized on or about March 8, 2005;

> Five Pieces of Assorted White Gold and Diamond Jewelry seized on or about March 8, 2005;

> 2003 Kawasaki ZX636-B1 Ninja Motorcycle, VIN: JKBZXJB103A005489, with all appurtenances and attachments thereon seized on or about March 14, 2005;

> Seventy-Six Thousand Seventy and 68/100 Dollars ($76,070.68) in United States currency seized from Comala Credit Union account number 26428-1 on or about March 16, 2005; and,

> Two Thousand Sixty-Six Dollars ($2,066.00) in United States currency seized from Comala Credit Union account number 26428-2 on or about March 16, 2005.

DONE this 23rd day of June, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

2

3