IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv543-MEF |
| SEVENTY-NINE THOUSAND FOUR | ) | |
| HUNDRED NINETY-ONE DOLLARS | ) | |
| ($79,491.00) IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

---------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv739-MEF |
| SEVENTY-SIX THOUSAND SEVEN | ) | |
| HUNDRED SEVENTY-FIVE DOLLARS | ) | |
| ($76,775.00) IN UNITED STATES | ) | |
| CURRENCY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the non-jury trial set for January 8, 2007 is continued generally.

2. That the parties file a joint stipulation of dismissal on or before January 4, 2007.

DONE this  14th  day of December, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE