IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv543-F |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | ) ) ) ) | |
| | ) | |
|     Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv739-F |
| | ) | |
| ONE HUNDRED TWENTY-NINE THOUSAND EIGHTEEN AND 58/100 DOLLARS ($129,018.58) IN UNITED STATES CURRENCY FROM CASHIER'S CHECK SEIZED AT COMALA CREDIT UNION; | ) ) ) ) ) ) | |
| | ) | |
| TWENTY-EIGHT THOUSAND ONE HUNDRED SEVENTY AND 53/100 DOLLARS ($28,170.53) IN UNITED STATES CURRENCY SEIZED AT COLONIAL BANK; | ) ) ) ) ) | |
| | ) | |
| ONE 2000 FORD EXPEDITION, VIN: 1FMPU16L1YLA39311, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; AND, | ) ) ) ) | |
| | ) | |
| ONE 1999 MERCEDES BENZ, VIN: WDBJF65H3XA916016, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | ) ) ) ) | |
| | ) | |
|               DEFENDANTS. | ) | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Stipulation for Compromise Settlement between the United States and Claimants Tony and Ruby LeFlore. The Stipulation for Compromise Settlement is attached hereto and incorporated herein.

A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 21st day of December, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

    I hereby certify that on December 21, 2006, I electronically filed the foregoing Motion for Decree of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Valerie Murry Smedley**.

                          /s/John T. Harmon
                          John T. Harmon
                          Assistant United States Attorney