IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv543-MEF |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------ | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv739-MEF |
| | ) | |
| SEVENTY-SIX THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($76,775.00) IN UNITED STATES CURRENCY, *et al.*, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Claimants Tony and Ruby LeFlore (Claimants) by and through their respective attorney, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. Claimants consent to the entry of a Decree of Forfeiture forfeiting Seventy Nine Thousand Four Hundred Ninety One Dollars

($79,491.00) in United States Currency to the United States to be disposed of according to law. Claimants further agree to accept the vehicles to be returned pursuant to paragraphs 3(c) and 3(d) below "as is".

    3.    The United States agrees to release the following property to Claimants' attorney, Valerie Murry Smedley:

        a)    One Hundred Twenty Nine Thousand Eighteen and 58/100 ($129,018.58) Dollars in United States Currency from cashier's check seized at Comala Credit Union;

        b)    Twenty-Eight Thousand One Hundred Seventy and 53/100 Dollars ($28,170.53) in United States Currency seized from Colonial Bank;

        c)    One 2000 Ford Expedition, VIN: 1FMPU16L1YLA39311, with all appurtenances and attachments thereon;

        d)    One 1999 Mercedes Benz, VIN: WDBJF65H3XA916016, with all appurtenances and attachments thereon.

    4.    Claimants release the United States; the State of Alabama; and all entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimants, Claimants' heirs, successors, or assigns ever had, now have, or may have in the

future in connection with the seizure, detention, and forfeiture of the Defendant property. The Claimants expressly waive the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States, including but not limited to Title 28, United States Code, Section 2412. The Claimants also agree that this express waiver in no way limits the scope and application of the general waiver above.

5.   The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement neither party admits wrongdoing or liability on any basis.

6.   Each party will bear its own costs.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 12/21/06

JOHN T. HARMON
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 12/19/06

VALERIE MURRY SMEDLEY
Attorney for Claimants Tony and Ruby LeFlore

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail:  John.Harmon@usdoj.gov


For Claimants:

Law Office of Valerie Murry Smedley
459 South McDonough Street
Montgomery, Alabama 36104
Telephone: (334) 230-9596
Facsimile: (334) 230-9566