IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv543-F |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | ) ) ) ) | |
| | ) | |
|     Defendant. | ) | |

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv739-F |
| | ) | |
| ONE HUNDRED TWENTY-NINE THOUSAND EIGHTEEN AND 58/100 DOLLARS ($129,018.58) IN UNITED STATES CURRENCY FROM CASHIER'S CHECK SEIZED AT COMALA CREDIT UNION; | ) ) ) ) ) ) | |
| | ) | |
| TWENTY-EIGHT THOUSAND ONE HUNDRED SEVENTY AND 53/100 DOLLARS ($28,170.53) IN UNITED STATES CURRENCY SEIZED AT COLONIAL BANK; | ) ) ) ) ) | |
| | ) | |
| ONE 2000 FORD EXPEDITION, VIN: 1FMPU16L1YLA39311, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; AND, | ) ) ) ) | |
| | ) | |
| ONE 1999 MERCEDES BENZ, VIN: WDBJF65H3XA916016, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | ) ) ) ) | |
| | ) | |
|               DEFENDANTS. | ) | |

DECREE OF FORFEITURE

On June 8, 2005, a Verified Complaint for Forfeiture In Rem against the Defendant Seventy-Nine Thousand Four Hundred Ninety-One Dollars ($79,491.00) in United States Currency was filed on behalf of the United States of America (United States). The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.; therefore, the Defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

On August 5, 2005, a Verified Complaint for Forfeiture In Rem against Defendants One Hundred Twenty-Nine Thousand Eighteen and 58/100 ($129,018.58) Dollars in United States Currency; Twenty-Eight Thousand One Hundred Seventy and 53/100 Dollars ($28,170.53) in United States Currency; One 2000 Ford Expedition, VIN: 1FMPU16L1YLA39311, with all appurtenances and attachments thereon; and One 1999 Mercedes Benz, VIN: WDBJF65H3XA916016, with all appurtenances and attachments thereon was filed on behalf of the United States. The Complaint alleges that the Defendants were used or intended to be used in exchange for controlled substances, or represent proceeds of trafficking in controlled substances, or were used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, Title 21,

United States Code, Sections 801 <u>et</u> <u>seq.</u>; therefore, the Defendants are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

<u>Service as to $79,491.00 in United States currency (Case No. 2:05cv543-MEF)</u>

That pursuant to a Warrant and Summons for Arrest <u>In</u> <u>Rem</u> issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant currency on July 7, 2005;

That on July 22, 29 and August 5, 2005, notice of the action was published in the <u>Montgomery Advertiser</u> newspaper;

That on July 7, 2005, Nicole Harris, secretary at the law office of Valerie Murry Smedley, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and Notice of Complaint of Forfeiture <u>In</u> <u>Rem</u>;

That on July 12, 2005, Tony LeFlore was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and Notice of Complaint of Forfeiture <u>In</u> <u>Rem</u>;

That on July 12, 2005, Ruby LeFlore was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and Notice of Complaint of Forfeiture <u>In</u> <u>Rem</u>;

That on September 20, 2005, Tony and Ruby LeFlore filed a Verified Claim of Interest as to the Defendant currency, within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

<u>Service as to Defendants $129,018.58 in United States currency; $28,170.53 in United States currency; 2000 Ford Expedition; and 1999 Mercedes Benz - Case No. 2:05cv739-MEF</u>

That pursuant to a Warrant and Summons for Arrest <u>In</u> <u>Rem</u> issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant $129,018.58 in United States currency and Defendant $28,170.53 in United States currency on August 23, 2005;

That pursuant to a Warrant and Summons for Arrest <u>In</u> <u>Rem</u> issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant 2000 Ford Expedition and Defendant 1999 Mercedes Benz on August 24, 2005;

That on August 31, September 7 and 14, 2005, notice of the Defendant action was published in the <u>Montgomery Advertiser</u> newspaper;

That on August 18, 2005, Tony LeFlore was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and Notice of Complaint of Forfeiture <u>In</u> <u>Rem</u>;

That on August 18, 2005, Ruby LeFlore was personally served by the United States Marshals Service with a copy of the Verified

Complaint for Forfeiture In Rem and Notice of Complaint of Forfeiture In Rem;

That on August 23, 2005, Nicole Harris, secretary at the law office of Valerie Murry Smedley, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem and Notice of Complaint of Forfeiture In Rem;

That on September 19, 2005, Tony and Ruby LeFlore filed a Verified Claim of Interest as to the Defendants, within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

That on September 21, 2005, Tony and Ruby LeFlore filed an Amended Verified Claim of Interest as to the Defendants, within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

That on December 21, 2006, the United States and Claimants Tony and Ruby LeFlore entered into a Stipulation for Compromise in which Claimants consented to entry of a Decree of Forfeiture forfeiting the Defendant Seventy Nine Thousand Four Hundred Ninety-One Dollars ($79,491) in United States currency.  The United States agreed to release the following Defendants to Claimants' attorney, Valerie Murry Smedley:

    a)    One Hundred Twenty Nine Thousand Eighteen and 58/100 ($129,018.58)  Dollars in United States Currency from cashier's check seized at Comala Credit Union;

    b)    Twenty-Eight Thousand One Hundred Seventy and 53/100 Dollars ($28,170.53) in United States Currency seized from Colonial Bank;

    c)    One 2000 Ford Expedition, VIN: 1FMPU16L1YLA39311, with all appurtenances and attachments thereon; and,

    d)    One 1999 Mercedes Benz, VIN: WDBJF65H3XA916016, with all appurtenances and attachments thereon.

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

That the United States Marshals Service release Defendants One Hundred Twenty Nine Thousand Eighteen and 58/100 ($129,018.58) Dollars in United States Currency from cashier's check seized at Comala Credit Union; Twenty-Eight Thousand One Hundred Seventy and 53/100 Dollars ($28,170.53) in United States Currency seized from Colonial Bank; 2000 Ford Expedition, VIN: 1FMPU16L1YLA39311, with all appurtenances and attachments thereon; and a 1999 Mercedes Benz, VIN: WDBJF65H3XA916016, with all appurtenances and attachments thereon to Claimants' attorney, Valerie Murry Smedley;

That the Defendant Seventy Nine Thousand Four Hundred Ninety-One Dollars ($79,491.00) in United States currency is forfeited to the United States and no right, title or interest in the Defendant currency shall exist in any other party and it shall be disposed of according to law; and,

That each party will bear its own costs.

DONE this the \_\_\_\_ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE