```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )
                               )
v.                             )    CASE NO. 2:05cv543-MEF
                               )
SEVENTY-NINE THOUSAND FOUR     )
HUNDRED NINETY-ONE DOLLARS     )
($79,491.00) IN UNITED STATES  )
CURRENCY,                      )
                               )
     Defendant.                )
-----------------------------
UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )
                               )
v.                             )    CASE NO. 2:05cv739-MEF
                               )
SEVENTY-SIX THOUSAND SEVEN     )
HUNDRED SEVENTY-FIVE DOLLARS   )
($76,775.00) IN UNITED STATES  )
CURRENCY, et al.,              )
                               )
     Defendant.                )
```

## MOTION TO DISMISS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and respectfully moves the Court to dismiss this case with prejudice, stating as follows:

All issues in this case have been resolved.

A Joint Stipulation of Dismissal and proposed Order are attached and filed herewith.

Respectfully submitted this 27th day of December, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J


CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system. I hereby certify that I have mailed by United States Postal Service the Motion to Dismiss to the following non-CM/ECF participant:

Valerie Murry Smedley
459 South McDonough Street
Montgomery, Alabama 36104.


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney