```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>     Plaintiff,             )<br>                            )<br>v.                          )   CASE NO. 2:05cv543-MEF<br>                            )<br>SEVENTY-NINE THOUSAND FOUR  )<br>HUNDRED NINETY-ONE DOLLARS  )<br>($79,491.00) IN UNITED STATES )<br>CURRENCY,                   )<br>                            )<br>     Defendant.             ) | |
| UNITED STATES OF AMERICA,  )<br>                            )<br>     Plaintiff,             )<br>                            )<br>v.                          )   CASE NO. 2:05cv739-MEF<br>                            )<br>SEVENTY-SIX THOUSAND SEVEN  )<br>HUNDRED SEVENTY-FIVE DOLLARS )<br>($76,775.00) IN UNITED STATES )<br>CURRENCY, *et al.*,           )<br>                            )<br>     Defendant.             ) | |

## JOINT STIPULATION OF DISMISSAL

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and Claimants Tony and Ruby LeFlore (Claimants) by and through their respective attorney, and hereby state as follows:

1. The parties respectfully move the Court to dismiss this case with prejudice.

2. As grounds, the parties would show that all issues in this case have been resolved.

3. All parties will bear their own costs.

4. A proposed Order is attached.

                                              FOR THE UNITED STATES ATTORNEY
                                              LEURA G. CANARY

Date: 12·27·06

JOHN T. HARMON
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 12/27/06

VALERIE MURRY SMEDLEY
Attorney for Claimants Tony and Ruby LeFlore

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov


For Claimants:

Law Office of Valerie Murry Smedley
459 South McDonough Street
Montgomery, Alabama 36104
Telephone: (334) 230-9596
Facsimile: (334) 230-9566