IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv543-MEF |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv739-MEF |
| | ) | |
| SEVENTY-SIX THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($76,775.00) IN UNITED STATES CURRENCY, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Based on the Joint Stipulation of Dismissal filed by the parties, it is hereby ORDERED and ADJUDGED that this action be dismissed, with prejudice. Each party will bear their own costs.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE