IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv543-F |
| | ) | |
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY-ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

-----------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv739-F |
| | ) | |
| ONE HUNDRED TWENTY-NINE THOUSAND EIGHTEEN AND 58/100 DOLLARS ($129,018.58) IN UNITED STATES CURRENCY FROM CASHIER'S CHECK SEIZED AT COMALA CREDIT UNION; | ) ) ) ) ) ) | |
| | ) | |
| TWENTY-EIGHT THOUSAND ONE HUNDRED SEVENTY AND 53/100 DOLLARS ($28,170.53) IN UNITED STATES CURRENCY SEIZED AT COLONIAL BANK; | ) ) ) ) ) | |
| | ) | |
| ONE 2000 FORD EXPEDITION, VIN: 1FMPU16L1YLA39311, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; AND, | ) ) ) ) | |
| | ) | |
| ONE 1999 MERCEDES BENZ, | ) | |

```
VIN: WDBJF65H3XA916016, WITH    )
ALL APPURTENANCES AND           )
ATTACHMENTS THEREON,            )
                                )
            Defendants.         )
```

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. # 25-2), filed by the parties on December 27, 2006, it is ORDERED and ADJUDGED that:

(1) the government's Motion to Dismiss (Doc. # 25-1), filed on December 27, 2006, is GRANTED; and

(2) this case is DISMISSED in its entirety with prejudice, each party to bear its own costs and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 3rd day of January, 2007.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE