**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

5

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05CV543-MEF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY ONE DOLLARS ($79,491.00) IN UNITED STATES CURRENCY, ET AL. | DECREE OF FORFEITURE |

RECEIVED
2007 JAN -4 P 4: 55
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DEFENDANT VEHICLE - 2000 FORD EXPEDITION, VIN: 1FMPU16L1YLA39311

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
C/O UNITED STATES MARSHALS SERVICE

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

CATS # 05-DEA-449017    Per Stipulation, return asset to Claimants' attorney, Valerie Murry Smedley (459 South McDonough Street, Montgomery, AL 36104; phone: 230-9596)

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 12/29/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 1/4/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

RETURNED AND FILED
JAN 1 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1-8-07    Time: 2:00 pm
Signature of U.S. Marshal or Deputy: Michael H. Bates

| Service Fee $45.00 | Total Mileage Charges (including endeavors) N/C | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS: Served on and Accepted by Valerie Smedley, Attorney at Law. M. Bates

PRIOR EDITIONS MAY BE USED    FORM USM 285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

(4)

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05CV543-MEF |
|---|---|
| DEFENDANT<br>SEVENTY-NINE THOUSAND FOUR HUNDRED NINETY ONE DOLLARS ($79,491.00)<br>IN UNITED STATES CURRENCY, ET AL. | TYPE OF PROCESS<br>DECREE OF FORFEITURE |

RECEIVED
2007 JAN -U P 4: 55
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| SERVE<br>▸<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>DEFENDANT VEHICLE - 1999 MERCEDES BENZ, VIN: WDBJF65H3XA916016 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>C/O UNITED STATES MARSHALS SERVICE |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 05-DEA-449025   Per Stipulation, return asset to Claimants' attorney, Valerie Murry Smedley (459 South McDonough Street, Montgomery, AL 36104;   phone: 230-9596)

| Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>12/29/06 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>1/4/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

RETURNED AND FILED
JAN 1 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>1-8-07 | Time<br>2:00 pm |
| | Signature of U.S. Marshal or Deputy<br>Michael H. Bates |

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors)<br>$6.00 | Forwarding Fee | Total Charges<br>$51.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: Served on and Accepted by Valerie Smedley, Attorney At Law. M. Bates